**BROWN, A.**

v.

**OOR (Dept. of Corrections)**

**1959 CD 2016**

Commonwealth Court of Pennsylvania.

09/01/2017

Office of Open Records, AP 20161695

Vacated/Remanded

**DOWD, D.**

v.

**OFFICE OF AG, et al.**

**2113 CD 2016**

Commonwealth Court of Pennsylvania.

09/01/2017

Attorney General, Appeal No. CHR00032

Affirmed

**WILSON, D.**

v.

**PBPP**

**58 CD 2017**

Commonwealth Court of Pennsylvania.

09/01/2017

Board of Probation & Parole, 632FI

Affirmed

**BERNARDINI, M.**

v.

**DOC**

**650 MD 2016**

Commonwealth Court of Pennsylvania.

09/01/2017

Original Jurisdiction, Original Jurisdiction

Judgment on the Pleadings Denied